**Order entered November 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00566-CV

## THE COMMUNICATION COUNSEL OF AMERICA, INC., Appellant

### V.

## DAVID DAY, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14413**

## ORDER

Appellee has filed a notice stating that he has filed for bankruptcy in the United States Bankruptcy Court for the Western District of Texas. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/     KEN MOLBERG
        JUSTICE